FILED

08 JAN -2 PM 2:41

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 0016 DMS |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| JOEL JIMENEZ-POLANCO, | |
| Defendant. | |

The grand jury charges:

On or about August 27, 2007, within the Southern District of California, defendant JOEL JIMENEZ-POLANCO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//
//
//

CJB:fer:San Diego
12/27/07

1 | It is further alleged that defendant JOEL JIMENEZ-POLANCO, was removed from the United States subsequent to May 4, 2005.

DATED: January 2, 2008.

A TRUE BILL:

*[signature]*

Foreperson

KAREN P. HEWITT
United States Attorney

By: *[signature]*
JEFFREY D. MOORE
Assistant U.S. Attorney