FILED
08 JAN -2 PM 2:42

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 0016 DMS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
| Plaintiff, | ) |
| v. | ) NOTICE OF RELATED CASE |
| JOEL JIMENEZ-POLANCO, | ) |
| Defendant. | ) |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Joel Jimenez-Polanco</u>, Criminal Case No. 07CR3325-DMS.

DATED: January 2, 2008.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney