**ZANDRA L. LOPEZ**
California Bar No. 216567
427 C Street, suite 300
San Diego, Ca. 92101
619.233.3169, ext. 17
fax: 619.684.3522
zll@zandralopezlaw.com

Attorney for **Mr. Joel Jimenez-Polanco**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOEL JIMENEZ-POLANCO<br><br>    Defendant. | CASE NO.  08CR0016-DMS<br><br>DATE:        Fberuary 15, 2008<br>TIME:        11:00 a.m.<br><br>NOTICE OF MOTIONS AND MOTIONS:<br><br>(1)    TO COMPEL DISCOVERY;<br>(2)    FOR LEAVE TO FILE FURTHER MOTIONS |

TO:    KAREN P. HEWIT, UNITED STATES ATTORNEY, AND
       LUELLA MENDOZA CALDITO, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that onFebruary 15, 2008, at 11:00 a.m. or as soon thereafter as counsel may be heard, the defendant, Joel Jimenez-Polanco, by and through counsel, Zandra Lopez, will ask this Court to enter an order granting the following motions.

## MOTIONS

The defendant, Joel Jimenez-Polanco, by and through counsel, Zandra Lopez, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to compel discovery; and,
2) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

   //s//    Zandra L. Lopez

Dated: February 1, 2008

**ZANDRA L. LOPEZ**
Attorney for Mr. Jimenez-Polanco