1  **ZANDRA L. LOPEZ**
   California Bar No. 216567
2  427 C Street, suite 300
   San Diego, Ca. 92101
3  619.233.3169, ext. 17
   fax: 619.684.3522
4  zll@zandralopezlaw.com

5

6  Attorney for **Mr. Joel Jimenez-Polanco**

7

8                  UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE DANA M. SABRAW)**

11

12  UNITED STATES OF AMERICA,        )   CASE NO.  08CR0016-DMS
                                     )
13              Plaintiff,           )
                                     )
14  v.                               )   **PROOF OF SERVICE**
                                     )
15  JOEL JIMENEZ-POLANCO             )
                                     )
16              Defendant            )
                                     )
17  _____     _____

18

19      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best
    of her information and belief, and that a copy of the foregoing document has been served via
20  CM/ECF this
    day upon:

21          Luella Caldito Assistant United States Attorney
22          luella.caldito@usdoj.gov efile.dkt.gc2@usdoj.gov

23                          Respectfully submitted,

24
                            /s/    Zandra L. Lopez
25  Dated: February 1, 2008  **ZANDRA L. LOPEZ**
                             Attorney for Defendant
26                           zll@zandralopezlaw.com

27

28