1    KAREN P. HEWITT
     United States Attorney
2    LUELLA M. CALDITO
     Assistant U.S. Attorney
3    California State Bar No. 215953
     United States Attorney's Office
4    880 Front Street, Room 6293
     San Diego, California 92101-8893
5    Telephone: (619) 557-7035 / Fax: (619) 235-2757
     Email: Luella.Caldito@usdoj.gov
6
     Attorneys for Plaintiff
7    United States of America

8                        UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          )   Criminal Case No. 08CR0016-DMS
                                        )
11                      Plaintiff,      )
                                        )   NOTICE OF APPEARANCE
12            v.                        )
                                        )
13   JOEL JIMENEZ-POLANCO,              )
                                        )
14                      Defendant.      )
                                        )
15

16   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17        I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18        I certify that I am admitted to practice in this court or authorized to practice under CivLR

19   83.3.c.3-4.

20        The following government attorneys (who are admitted to practice in this court or authorized

21   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22   counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

23   activity in this case:

24        Name (If none, enter "None" below)

25        None.

26   //

27   //

28   //

1    Effective this date, the following attorneys are no longer associated with this case and should

2    not receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5        Name (If none, enter "None" below)

6        None.

7        Please call me if you have any questions about this notice.

8        DATED: February 6, 2008.

                                                Respectfully submitted,
9
                                                KAREN P. HEWITT
10                                              United States Attorney

11                                              /s/ *Luella M. Caldito*
                                                LUELLA M. CALDITO
12                                              Assistant United States Attorney
                                                Attorneys for Plaintiff
13                                              United States of America
                                                Email: Luella.Caldito@usdoj.gov
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                              2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0016-DMS |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| JOEL JIMENEZ-POLANCO, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, LUELLA M. CALDITO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1.    Zandra Lopez, Esq.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 6, 2008.

/s/ *Luella M. Caldito*
LUELLA M. CALDITO
Assistant U.S. Attorney