**ZANDRA L. LOPEZ**
California Bar No. 216567
427 C Street, suite 300
San Diego, Ca. 92101
619.233.3169, ext. 17
fax: 619.684.3522
zll@zandralopezlaw.com

Attorney for Mr. Jimenez-Polanco

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  08CR0016-DMS |
| Plaintiff, ) | **JOINT MOTION TO CONTINUE MOTION HEARING** |
| v. ) | |
| **JOEL JIMENEZ-POLANCO** ) | |
| Defendant. ) | |

Good cause appearing, IT IS HEREBY AGREED BY THE PARTIES, Zandra L. Lopez, counsel for Mr. Jimenez-Polanco along with Assistant United States Attorney Luella Caldito, that the motion hearing currently set for February 15, 2008, be rescheduled to March 7, 2008 at 11:00 a.m.

Dated: February 13, 2008

/s/    Zandra L. Lopez
**ZANDRA L. LOPEZ**
Attorney for Defendant
zll@zandralopezlaw.com