**ZANDRA L. LOPEZ**
California Bar No. 216567
427 C Street, suite 300
San Diego, Ca. 92101
619.233.3169, ext. 17
fax: 619.684.3522
zll@zandralopezlaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  08CR0016-DMS |
| Plaintiff, | ) | PROOF |
| | ) | |
| v. | ) | |
| | ) | |
| **JOEL JIMENEZ-POLANCO** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF upon all parties electronically listed.

Respectfully submitted,

/s/    Zandra L. Lopez
Dated: February 13, 2008     **ZANDRA L. LOPEZ**
Attorney for Defendant
zll@zandralopezlaw.com