UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR0016-DMS |
| Plaintiff, ) | |
| v. ) | ORDER |
| JOEL JIMENEZ-POLANCO ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the joint motion requesting the continuance of the motion hearing currently set for February 15, 2008, be rescheduled to March 7, 2008 at 11:00 a.m., be GRANTED.

**SO ORDERED.**

Dated: 2-14-08

HONORABLE DANA M. SABRAW
United States District Court Judge