| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | LUELLA M. CALDITO |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 215953 |
| | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California  92101-8893 |
| 5 | Telephone: (619) 557-7035 |
| | Luella.Caldito@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. CASE NO.    08CR0016-DMS |
| | ) | |
| | ) | DATE:       March 7, 2008 |
| Plaintiff, | ) | TIME:        11:00 a.m. |
| | ) | |
| | ) | GOVERNMENT'S NOTICE OF MOTIONS AND |
| v. | ) | MOTIONS FOR RECIPROCAL DISCOVERY AND |
| | ) | TO COMPEL FINGERPRINT EXEMPLARS |
| | ) | |
| JOEL JIMENEZ-POLANCO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>NOTICE OF MOTION</u>

TO:    Zandra Lopez, counsel for defendant, Joel Jimenez-Polcanco,

PLEASE TAKE NOTICE that on Friday, March 7, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, will move the court for an order granting the Government's Motion for Reciprocal Discovery and Motion to Compel Fingerprint Exemplars.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## MOTION

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, and hereby moves the court for an order granting the Government's Motion for Reciprocal Discovery and Motion to Compel Fingerprint Exemplars.

DATED:     February 29, 2007.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Luella M. Caldito
LUELLA M. CALDITO
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Luella.Caldito@usdoj.gov